UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :     NOTICE OF INTENT TO
                          FILE AN INFORMATION

          - v. -             :

IVAN ALLAN ESRINE,        :    06 Mag. 1845
    a/k/a, "Allan Esrine,"         **07 CRIM.    425**
                   : 
             Defendant.         :

                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

         Please take notice that the United States Attorney's Office will file an information

upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated: New York, New York
      May 4, 2007

                           MICHAEL J. GARCIA
                           United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/07

By: _Marc Litt_____
       Marc Litt
       Assistant United States Attorney

         AGREED AND CONSENTED TO:

By: _Gary S. Becker_____
       Gary G. Becker, Esq.
       Attorney for Ivan Allan Esrine,
           a/k/a, "Allan Esrine"