ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         - v. -                     :   INFORMATION
                                    :
IVAN ALLAN ESRINE,                  :   07 CRIM. 425
     a/k/a, "Allan Esrine,"         :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

## COUNT ONE

**(Commercial Bribery)**

The United States Attorney charges:

**BACKGROUND**

1. At all times relevant to this Information, Corporation-A was a Nevada corporation. Corporation-A's common stock was publicly-traded on the Over-The-Counter Bulletin Board (the "OTC Bulletin Board")- an electronic quotation service regulated by the National Association of Securities Dealers (the "NASD") that displays electronically throughout the United States real-time quotes, last-sale prices, and volume information in certain equity securities.

2. At all times relevant to this Information, Broker Dealer-A was a securities broker-dealer that was registered with the SEC and a member of the NASD. Broker Dealer-A maintained its headquarters in Seattle, Washington and operated a branch office in New York, New York. Among its other businesses, Broker

Dealer-A offered securities brokerage services to retail customers throughout the United States.

3. According to documents filed with the SEC, at all times relevant to this Information, IVAN ALLAN ESRINE, a/k/a, "Allan Esrine," the defendant: (a) served as the Chief Financial Officer, Vice President, and Director of Corporation-A; and (b) owned approximately 200,000 shares of the Corporation-A's common stock.

4. At all times relevant to this Information, a co-conspirator not charged herein ("CC-1") was a securities broker and a registered representative licensed by NASD. From at least in or about May 2003 through in or about January 2004, CC-1 was employed as a securities broker at a branch office of Broker Dealer-A.

## THE CONDUCT

5. Between on or about August 12, 2003, through and including on or about November 17, 2003, IVAN ALLAN ESRINE, a/k/a, "Allan Esrine," the defendant, made a series of payments to CC-1, in the form of shares of Corporation-A's common stock, for the purpose of causing CC-1 to generate purchases of Corporation-A's stock on behalf of customers of Broker Dealer-A.

6. IVAN ALLAN ESRINE, a/k/a, "Allan Esrine," the defendant, using interstate wire transmissions, transferred approximately the following amounts of shares of Corporation-A's

stock to a brokerage account at Broker Dealer-A identified by CC-1 on or about the following dates:

| Approximate Date | Approximate Amount of Corporation-A's Shares | Approximate Value of Shares |
|---|---|---|
| August 12, 2003 | 20,000 | $13,200 |
| September 3, 2003 | 20,000 | $19,000 |
| November 6, 2003 | 10,000 | $9,600 |
| November 17, 2003 | 5,000 | $4,750 |

7. Neither Broker Dealer-A nor one and more clients of Broker Dealer-A who purchased Corporation-A's stock during the period between on or about August 12, 2003 and November 17, 2003, consented to the payments made by IVAN ALLAN ESRINE, a/k/a, "Allan Esrine," the defendant, to CC-1.

**STATUTORY ALLEGATION**

8. From in or about August 2003 through in or about November 2003, in the Southern District of New York and elsewhere, IVAN ALLAN ESRINE, a/k/a "Allan Esrine," unlawfully, willfully, and knowingly traveled in interstate and foreign commerce and used the mails and facilities in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of unlawful activity, specifically (a) commercial bribery, in violation of New York State Penal Law Sections 180.00 and 180.03; and (b) commercial bribe receiving, in violation of New York State Penal Law Sections 180.08 and

3

180.05; and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of such unlawful activity, all in violation of Title 18, United States Code, Section 1952(a)(3).

        (Title 18, United States Code,
          Sections 1952(a)(3) and 2)

_____
      MICHAEL J. GARCIA

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

- v -

IVAN ALLAN ESRINE,
a/k/a, "Allan Esrine,"

Defendant.

## INFORMATION

07 Cr.

18 U.S.C. §§ 1952(a)(3) and 2

MICHAEL J. GARCIA
United States Attorney.

5-15-07  Deft. pres. with attorney _Mr. Becker_
WD  AUSA _Mr. Litt_  Court Reporter _Pres._
Interpreter pres/no pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s) _1_ . PSI Ordered. Sentence _date Not set_
Bail _cont._
Mag. Judge _Pitman_ recommends Judge _McMahon_ accept the guilty plea.

Pitman
U.S.M.J